UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DORNOCH, INC., as itself and dba Tracy Ford; MARIA MUELLER, as an individual and dba Tracy Ford; THOMAS NOKES; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | No.  2:14-cv-02970-GEB-AC<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

　　　　Plaintiff filed a "Notice of Settlement" on May 4, 2015, in which she states: "the lawsuit has been tentatively settled" and "requests sixty (60) days in which to file the dismissal in order to ensure that parties are able to perform under the terms of the settlement agreement." (Pl.'s Notice of Settlement, ECF No. 9.)

　　　　Therefore, a dispositional document shall be filed no later than July 3, 2015. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

1

Further, the Status Conference scheduled for hearing on May 18, 2015, is continued to commence at 9:00 a.m. on July 20, 2015, in the event no dispositional document is filed, or if this action is not otherwise dismissed.[1] A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated: May 12, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2